## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Paul A. Hennon<br>　　　　Jeanette L. Hennon<br><br>　　　　　　Debtors | CHAPTER 13<br><br>BKY. NO. 18-23908 GLT |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

　　　Kindly enter my appearance on behalf of Ditech Financial, LLC. and index same on the master mailing list.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**/s/James C. Warmbrodt, Esquire**
　　　　　　　　　　　　　　　　　　　　James C. Warmbrodt, Esquire
　　　　　　　　　　　　　　　　　　　　Attorney I.D. No. 42524
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　412-430-3594
　　　　　　　　　　　　　　　　　　　jwarmbrodt@kmllawgroup.com