IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Paul A. Hennon ) | Case No. 18-23908 GLT |
| Jeanette L. Hennon, ) | Chapter 13 |
| Debtor(s) ) | Document No.   WO-1 |
| ) | |
| ) | Related to Docket No. 11 |
| Jeanette L. Hennon, ) | |
| Movant(s) ) | |
| ) | |
| Social Security No. XXX-XX- 8294 ) | |
| ) | |
| vs. ) | |
| ) | |
| Gene Cook Supports LLC and ) | |
| Ronda J. Winnecour, Trustee ) | |
| Respondent(s) ) | |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on October 17, 2018, a true and correct copy of the *Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Paul & Jeanette Hennon
191 Cooper Road
Charleroi, Pa 15022

Gene Cook Supports LLC
Attn: Payroll
108 2nd Avenue
Scottdale, PA 15683

Date of Service: October 17, 2018

/s/ Christopher M. Frye
Christopher M. Frye, Esquire
Attorney for the Debtor

STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
Chris.frye@steidl-steinberg.com
PA I.D. No. 208402