IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 18-23908 GLT |
| Paul A. Hennon | : | Chapter 13 |
| Jeanette L. Hennon, | : | |
| Debtors | : | Related to Docket No. 23 |
| | : | |
| Paul A. Hennon | : | |
| Jeanette L. Hennon, | : | |
| Movants | : | |
| | : | |
| v. | : | |
| | : | |
| Ditech Financial LLC, | : | |
| Respondent | : | |

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that on November 9, 2018, a true and correct copy of the *Loss Mitigation Order* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour
Suite 3250, US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15219

Ditech Financial LLC
332 Minnesota Street, Suite 610
Saint Paul MN 55101

Paul & Jeanette Hennon
191 Cooper Road
Charleroi, Pa 15022

James Warmbrodt
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

Date of Service: November 9, 2018

/s/ Christopher M. Frye_____
Christopher M. Frye, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
Chris.frye@steidl-steinberg.com
PA I.D. No. 208402