IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Paul A. Hennon | ) Case No. 18-23908 GLT |
| Jeanette L. Hennon, | ) Chapter 13 |
| Debtor(s) | ) Document No. WO-1 |
| | ) |
| | ) Related to Docket No. 42 |
| Jeanette L. Hennon, | ) |
| Movant(s) | ) |
| | ) |
| Social Security No. XXX-XX- 8294 | ) |
| | ) |
| vs. | ) |
| | ) |
| Gene Cook Supports LLC and | ) |
| Ronda J. Winnecour, Trustee | ) |
| Respondent(s) | ) |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on March 12, 2019, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee          Paul & Jeanette Hennon
Suite 3250 – US Steel Tower           191 Cooper Road
600 Grant Street                      Charleroi, Pa 15022
Pittsburgh, PA 15219

Gene Cook Supports LLC
Attn: Payroll
108 2nd Avenue
Scottdale, PA 15683

Date of Service: March 12, 2019      /s/ Christopher M. Frye
                                     Christopher M. Frye, Esquire
                                     Attorney for the Debtor
                                     STEIDL & STEINBERG
                                     Suite 2830, Gulf Tower
                                     707 Grant Street
                                     Pittsburgh, PA 15219
                                     (412) 391-8000
                                     Chris.frye@steidl-steinberg.com
                                     PA I.D. No. 208402