# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

**Debtor:** PAUL A. & JEANETTE L. HENNON
**Case Number:** 18-23908-GLT    **Chapter:** 13
**Date / Time / Room:** THURSDAY, APRIL 18, 2019 11:00 AM    3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### *Matter:*

#14 - Final Confirmation of Plan Dated 10/10/2018 (NFC)
#31 - Objection filed by Ditech Financial LLC
R / M #: 14 / 0

### *Appearances:*

**Debtor:** A Spidl
**Trustee:** Winnecour / Pail / Katz / (DeSimone)

**Creditor:**

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 7-25-19 at 1:00.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
Objections are due on or before _____.
A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

Cont. for LMP

4/11/2019    2:53:11PM