IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 18-23908 GLT |
| Paul A. Hennon | : | Chapter 13 |
| Jeanette L. Hennon, | : | |
| Debtors | : | |
| | : | |
| Paul A. Hennon | : | |
| Jeanette L. Hennon, | : | Related to Docket No. 48 |
| Movants | : | |
| | : | |
| v. | : | |
| | : | |
| Ditech Financial LLC, | : | |
| Respondent | : | |

## ORDER OF COURT

**AND NOW,** this <u>19th</u> **day of** <u>June</u>, 20<u>19</u> it is hereby **ORDERED**, **ADJUDGED** *and DECREED* that this Court approves the loan modification between the Debtor, Maryann Lutz and the mortgage company, Specialized Loan Servicing LLC, the terms of which are as follows:

a) The new balance owed is $183,954.19.
b) The interest rate is now 4.750%.
c) The monthly mortgage payment is $1,398.65 effective June 1, 2019.
d) A balloon payment in the amount of $6,200.00 is due on the maturity date.
e) The maturity date is May 1, 2059.
f) The Mortgage arrears are now $0.00.

It is further ordered that an amended plan shall be filed within thirty days of the date of this order that incorporates the terms of the loan modification described above.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

**ENTERED BY DEFAULT**

PAWB Local Form 47 (04/14)                                                                 Page **1** of **1**

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Paul A. Hennon
Jeanette L. Hennon
    Debtors

Case No. 18-23908-GLT
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: lfin     Page 1 of 1     Date Rcvd: Jun 19, 2019
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 21, 2019.
db/jdb        +Paul A. Hennon,   Jeanette L. Hennon,   191 Cooper Road,   Charleroi, PA 15022-3632

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2019                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 19, 2019 at the address(es) listed below:
             Christopher M. Frye    on behalf of Joint Debtor Jeanette L. Hennon
              chris.frye@steidl-steinberg.com,
              julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
             Christopher M. Frye    on behalf of Debtor Paul A. Hennon chris.frye@steidl-steinberg.com,
              julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
             James Warmbrodt    on behalf of Creditor    Ditech Financial, LLC. bkgroup@kmllawgroup.com
             Mario J. Hanyon    on behalf of Creditor    Ditech Financial, LLC. pawb@fedphe.com
             Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
             Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
             S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
              srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
             Thomas Song    on behalf of Creditor    Ditech Financial, LLC. pawb@fedphe.com
                                                                                               TOTAL: 8