**Form 150**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:  
      Bankruptcy Case No.: 18–23908–GLT  
      Related to Docket No. 56  
      Chapter: 13  
      Docket No.: 57 – 56  
      Conciliation Conference Date: 9/12/19 at 01:30 PM

**Paul A. Hennon**  
Debtor(s)

Jeanette L. Hennon

### CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the ____23rd____ day of ____July____, __2019__, I served a copy of the within *Order* together with the *Amended Plan* filed in this proceeding, by (describe the mode of service):

    First Class Mail

on the respondent(s) at (list names and addresses here):

    See Attached Mailing Matrix

Executed on ____July 23, 2019____        /s/ Todd Thomas_____  
             (Date)                                    (Signature)

Todd Thomas Steidl & Steinberg, P.C. 707 Grant Street, Gulf Tower-Suite 2830, Pittsburgh, PA 15219  
(Type Name and Mailing Address of Person Who Made Service)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 18-23908-GLT<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Tue Jul 23 08:42:09 EDT 2019 | Credit Collections USA, LLC<br>16 Distributor Dr Ste 1<br>Morgantown, WV 26501-7209 | Dept of Ed / 582 / Nelnet<br>3015 Parker Rd<br>Aurora, CO 80014-2904 |
| Dept of Ed / 582 / Nelnet<br>Attn: Claims<br>Po Box 82505<br>Lincoln, NE 68501-2505 | Ditech<br>Attn: Bankruptcy<br>Po Box 6172<br>Rapid City, SD 57709-6172 | (c)DITECH FINANCIAL LLC<br>332 MINNESOTA ST STE E610<br>SAINT PAUL MN  55101-1311 |
| Ditech Financial LLC<br>P.O. Box 6154<br>Rapid City, SD 57709-6154 | Christopher M. Frye<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219-1908 | Mario J. Hanyon<br>Phelan Hallinan Diamond & Jones, LLP<br>Omni William Penn Office Tower<br>555 Grant Street, Suite 300<br>Pittsburgh, PA 15219-4408 |
| Jeanette L. Hennon<br>191 Cooper Road<br>Charleroi, PA 15022-3632 | Paul A. Hennon<br>191 Cooper Road<br>Charleroi, PA 15022-3632 | MONEY FOR MINERALS<br>378 W Chestnut St #104<br>Washington, PA 15301-4661 |
| Monongahela Valley Hospital<br>1163 Countryclub Road<br>Monongahela, PA 15063-1095 | Monongahela Valley Hospital<br>P.O. Box 643216<br>Pittsburgh, PA 15264-3216 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 |
| Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Ave.<br>Pittsburgh, PA 15233-1828 | Phelan Hallinan Diamond & Jones LLP<br>1617 JFK Boulevard, Suite 1400<br>One Penn Center Plaza<br>Attn: Jennie Tsai, Esquire<br>Philadelphia, PA 19103 |
| Thomas Song<br>Phelan Hallinan Diamond & Jones, LLP<br>1617 JFK Boulevard<br>Suite 1400<br>Philadelphia, PA 19103-1814 | U.S. Department of Education c/o Nelnet<br>121 South 13th Street, Suite 201<br>Lincoln, NE 68508-1911 | S. James Wallace<br>845 N. Lincoln Avenue<br>Pittsburgh, PA 15233-1828 |
| James Warmbrodt<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Ditech Financial LLC
332 Minnesota St Ste 610
Saint Paul, MN 55101

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Credit Collections USA, LLC<br>16 Distributor Drive<br>Suite 1<br>Morgantown, WV 26501-7209 | (u)Ditech Financial, LLC. | End of Label Matrix<br>Mailable recipients   22<br>Bypassed recipients    2<br>Total                 24 |