Form 202

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Paul A. Hennon
Jeanette L. Hennon**
   Debtor(s)

Bankruptcy Case No.: 18–23908–GLT
Related to Docket No. 56
Chapter: 13
Docket No.: 57 – 56
Concil. Conf.: September 12, 2019 at 01:30 PM

## ORDER SCHEDULING DATES FOR HEARING ON
## AND OBJECTION TO AMENDED PLAN DATED 7/19/2019

    **IT IS HEREBY ORDERED** that the Debtor(s) shall *immediately* serve a copy of this order and the "Amended Chapter 13 Plan" on the Chapter 13 Trustee and all parties in interest and complete and file the enclosed Certificate of Service with the Clerk of the Bankruptcy Court.

    *On or before August 21, 2019,* all Objections must be filed and served on the Debtor, Chapter 13 Trustee, and any creditor whose claim is the subject of the Objection. *Objections which are not timely filed will not be considered.*

    *On September 12, 2019 at 01:30 PM,* a Conciliation Conference shall occur with the Chapter 13 Trustee on the Debtor's Amended Chapter 13 Plan at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

    If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

    The 7/25/2019 Conciliation Conference is Cancelled.

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: July 22, 2019

cm: Proponent of the Amended Plan

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 18-23908-GLT
Paul A. Hennon                                                  Chapter 13
Jeanette L. Hennon
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2         User: dbas              Page 1 of 2           Date Rcvd: Jul 22, 2019
                             Form ID: 202            Total Noticed: 12
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 24, 2019.
```
db/jdb         +Paul A. Hennon,    Jeanette L. Hennon,    191 Cooper Road,    Charleroi, PA 15022-3632
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                Pittsburgh, PA 15233-1828
14925836     ++++DITECH FINANCIAL LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN  55101-1311
               (address filed with court:  Ditech Financial LLC,    332 Minnesota St Ste 610,
                Saint Paul, MN 55101)
14925839        Monongahela Valley Hospital,    1163 Countryclub Road,    Monongahela, PA 15063-1095
14925838        Monongahela Valley Hospital,    P.O. Box 643216,    Pittsburgh, PA 15264-3216
14925840        Phelan Hallinan Diamond & Jones LLP,    1617 JFK Boulevard, Suite 1400,   One Penn Center Plaza,
                Attn: Jennie Tsai, Esquire,    Philadelphia, PA 19103
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14925829       +E-mail/Text: ccusa@ccuhome.com Jul 23 2019 03:05:43      Credit Collections USA, LLC,
                16 Distributor Dr Ste 1,    Morgantown, WV 26501-7209
14925834       +E-mail/Text: electronicbkydocs@nelnet.net Jul 23 2019 03:06:16       Dept of Ed / 582 / Nelnet,
                Attn: Claims,    Po Box 82505,    Lincoln, NE 68501-2505
14925833       +E-mail/Text: electronicbkydocs@nelnet.net Jul 23 2019 03:06:16       Dept of Ed / 582 / Nelnet,
                3015 Parker Rd,    Aurora, CO 80014-2904
14925835       +E-mail/Text: bankruptcy.bnc@ditech.com Jul 23 2019 03:05:52      Ditech,    Attn: Bankruptcy,
                Po Box 6172,    Rapid City, SD 57709-6172
14964578        E-mail/Text: bankruptcy.bnc@ditech.com Jul 23 2019 03:05:52      Ditech Financial LLC,
                P.O. Box 6154,    Rapid City, SD 57709-6154
14935819       +E-mail/Text: electronicbkydocs@nelnet.net Jul 23 2019 03:06:16
                U.S. Department of Education c/o Nelnet,    121 South 13th Street, Suite 201,
                Lincoln, NE 68508-1911
                                                                                               TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Ditech Financial, LLC.
14925830*       +Credit Collections USA, LLC,    16 Distributor Dr Ste 1,    Morgantown, WV 26501-7209
14925831*       +Credit Collections USA, LLC,    16 Distributor Drive,    Suite 1,    Morgantown, WV 26501-7209
14925832*       +Credit Collections USA, LLC,    16 Distributor Drive,    Suite 1,    Morgantown, WV 26501-7209
14925837      ##+MONEY FOR MINERALS,    378 W Chestnut St #104,    Washington, PA 15301-4661
                                                                                  TOTALS: 1, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 22, 2019 at the address(es) listed below:
```
              Christopher M. Frye    on behalf of Joint Debtor Jeanette L. Hennon
               chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
```

```
District/off: 0315-2          User: dbas            Page 2 of 2         Date Rcvd: Jul 22, 2019
                              Form ID: 202          Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Christopher M. Frye    on behalf of Debtor Paul A. Hennon chris.frye@steidl-steinberg.com,
           julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
          James  Warmbrodt    on behalf of Creditor    Ditech Financial, LLC. bkgroup@kmllawgroup.com
          Mario J. Hanyon    on behalf of Creditor    Ditech Financial, LLC. pawb@fedphe.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
          Thomas  Song    on behalf of Creditor    Ditech Financial, LLC. pawb@fedphe.com

                                                                                             TOTAL: 8