Form 235

| | | |
|---|---|---|
| | **UNITED STATES BANKRUPTCY COURT** | 61 – 45, 56, 57 |
| | **WESTERN DISTRICT OF PENNSYLVANIA** | jhel |

In re:  :  Bankruptcy Case No.: 18−23908−GLT
:
:  Chapter: 13
:  Issued per the September 12, 2019 Proceeding

**Paul A. Hennon**
  Debtor(s)

Jeanette L. Hennon

### ORDER OF COURT CONFIRMING PLAN
### AND SETTING DEADLINES FOR CERTAIN ACTIONS

*(1.)*   **PLAN CONFIRMATION:**

   IT IS HEREBY ORDERED that the Plan dated July 19, 2019 is CONFIRMED. A copy of this plan was previously mailed to you.

*(2.)*   **IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:**

**A.**   **Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.**   **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.**   **Review of Claims Docket and Objections to Claims.** Debtor(s)'s counsel (or Debtor(s) if not represented by counsel) must review all proofs of claim within thirty (30) days after the claims bar date. All objections to pre−petition claims shall be filed within ninety (90) days after the claims bar date, thereafter allowing at least thirty (30) days for a response.

**D.**   **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.**   **Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*   **IT IS FURTHER ORDERED THAT:**

**A.**   After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**   Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.** Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.** Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.** The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.** In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: September 17, 2019
cc: All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 18-23908-GLT
Paul A. Hennon                                                         Chapter 13
Jeanette L. Hennon
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2           User: jhel              Page 1 of 2            Date Rcvd: Sep 17, 2019
                               Form ID: 235            Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 19, 2019.
db/jdb         +Paul A. Hennon,    Jeanette L. Hennon,   191 Cooper Road,    Charleroi, PA 15022-3632
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14925836      ++++DITECH FINANCIAL LLC,   332 MINNESOTA ST STE E610,    SAINT PAUL MN 55101-1311
               (address filed with court: Ditech Financial LLC,    332 Minnesota St Ste 610,
                 Saint Paul, MN 55101)
15123871        Ditech Financial LLC,    P.O. Box 12740,   Tempe, AZ, 85284-0046
14925839        Monongahela Valley Hospital,    1163 Countryclub Road,   Monongahela, PA 15063-1095
14925838        Monongahela Valley Hospital,    P.O. Box 643216,   Pittsburgh, PA 15264-3216
14925840        Phelan Hallinan Diamond & Jones LLP,    1617 JFK Boulevard, Suite 1400,   One Penn Center Plaza,
                 Attn: Jennie Tsai, Esquire,    Philadelphia, PA 19103

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14925829       +E-mail/Text: ccusa@ccuhome.com Sep 18 2019 03:30:47       Credit Collections USA, LLC,
                 16 Distributor Dr Ste 1,   Morgantown, WV 26501-7209
14925834       +E-mail/Text: electronicbkydocs@nelnet.net Sep 18 2019 03:32:13       Dept of Ed / 582 / Nelnet,
                 Attn: Claims,    Po Box 82505,   Lincoln, NE 68501-2505
14925833       +E-mail/Text: electronicbkydocs@nelnet.net Sep 18 2019 03:32:13       Dept of Ed / 582 / Nelnet,
                 3015 Parker Rd,    Aurora, CO 80014-2904
14925835       +E-mail/Text: bankruptcy.bnc@ditech.com Sep 18 2019 03:31:10       Ditech,   Attn: Bankruptcy,
                 Po Box 6172,    Rapid City, SD 57709-6172
14964578        E-mail/Text: bankruptcy.bnc@ditech.com Sep 18 2019 03:31:10       Ditech Financial LLC,
                 P.O. Box 6154,    Rapid City, SD 57709-6154
14935819       +E-mail/Text: electronicbkydocs@nelnet.net Sep 18 2019 03:32:13
                 U.S. Department of Education c/o Nelnet,    121 South 13th Street, Suite 201,
                 Lincoln, NE 68508-1911
                                                                                               TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Ditech Financial, LLC.
14925830*      +Credit Collections USA, LLC,    16 Distributor Dr Ste 1,   Morgantown, WV 26501-7209
14925831*      +Credit Collections USA, LLC,    16 Distributor Drive,   Suite 1,   Morgantown, WV 26501-7209
14925832*      +Credit Collections USA, LLC,    16 Distributor Drive,   Suite 1,   Morgantown, WV 26501-7209
14925837      ##+MONEY FOR MINERALS,    378 W Chestnut St #104,   Washington, PA 15301-4661
                                                                                         TOTALS: 1, * 3, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2019                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 17, 2019 at the address(es) listed below:
              Christopher M. Frye    on behalf of Joint Debtor Jeanette L. Hennon
               chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com

```
District/off: 0315-2          User: jhel              Page 2 of 2            Date Rcvd: Sep 17, 2019
                              Form ID: 235            Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Christopher M. Frye    on behalf of Debtor Paul A. Hennon chris.frye@steidl-steinberg.com, julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
          James    Warmbrodt    on behalf of Creditor    Ditech Financial, LLC. bkgroup@kmllawgroup.com
          Mario J. Hanyon    on behalf of Creditor    Ditech Financial, LLC. pawb@fedphe.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
          Thomas    Song    on behalf of Creditor    Ditech Financial, LLC. pawb@fedphe.com

                                                            TOTAL: 8