2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 18-23908-GLT
Chapter 13

In re: Debtor(s) (including Name and Address)

Paul A. Hennon  
191 Cooper Road  
Charleroi PA 15022

Jeanette L. Hennon  
191 Cooper Road  
Charleroi PA 15022

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/25/2019.

Name and Address of Alleged Transferor(s):

Claim No. 2: Ditech Financial LLC, P.O. Box 12740, Tempe, AZ, 85284-0046

Name and Address of Transferee:

Specialized Loan Servicing LLC  
8742 Lucent Blvd, Suite 300  
Highlands Ranch, Colorado 80129

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   11/27/19

Michael R. Rhodes  
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Paul A. Hennon
Jeanette L. Hennon
    Debtors

Case No. 18-23908-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: bsil    Page 1 of 1    Date Rcvd: Nov 25, 2019
Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2019.
15123871      Ditech Financial LLC,    P.O. Box 12740,    Tempe, AZ, 85284-0046

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2019      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 25, 2019 at the address(es) listed below:

     Christopher M. Frye    on behalf of Joint Debtor Jeanette L. Hennon chris.frye@steidl-steinberg.com, julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

     Christopher M. Frye    on behalf of Debtor Paul A. Hennon chris.frye@steidl-steinberg.com, julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

     James Warmbrodt    on behalf of Creditor    Ditech Financial, LLC. bkgroup@kmllawgroup.com

     Jodi L. Hause    on behalf of Creditor    Ditech Financial, LLC. jodi.hause@phelanhallinan.com, pawb@fedphe.com

     Mario J. Hanyon    on behalf of Creditor    Ditech Financial, LLC. pawb@fedphe.com

     Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov

     Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

     S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

     Thomas Song    on behalf of Creditor    Ditech Financial, LLC. pawb@fedphe.com

TOTAL: 9