FILED
2/1/23 3:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| Paul A. Hennon ) | Case No. 18-23908 GLT |
| Jeannette L. Hennon ) | |
|    Debtor ) | Chapter 13 |
| ) | Document No. |
| Steidl and Steinberg, P.C. ) | |
|    Applicant ) | |
| ) | Related to Docket No. 80 |
| vs. ) | |
| ) | |
| Office of the U.S. Trustee, Ronda J. Winnecour, ) | |
| Trustee, Credit Collections USA, Dept. of Edu, Ditech, ) | |
| Federal Home Loan Mortgage Co., Money for Minerals, ) | |
| Monongahela Valley Hospital, PA Dept. of Revenue, ) | |
| Peoples Natural Gas, Specialized Loan Servicing, US ) | |
| Dept. of Education, ) | |
|    Respondents ) | |

**ORDER OF COURT**

AND NOW, to-wit this 1st Day of January, 2023, after consideration of the Application for Final Compensation by Counsel for Debtor it is hereby ORDERED, ADJUDGED and DECREED that:

1. The Application for Final Compensation is approved in the additional amount of $1,505.00 for work performed in the Chapter 13 case by Debtors' counsel from October 2, 2018, to January 10, 2023.

2. The Debtors paid their counsel for administrative costs and expenses totaling $500.00 (which included the court filing fee of $310.00) prior to case filing.  Expenses reimbursement of $0.00 is being requested here.

3. Before the approval of this Fee Application, the Debtors' counsel was paid a $600.00 retainer prior to filing and has been paid, or is approved (in prior plan(s)) to be paid, $3,400.00 by the Chapter 13 Trustee. With the approval of this Fee Application, the total amount of allowed fees in this case for Debtor's counsel is $5,505.00, with the total to be paid through the Plan by the Trustee being up to $4,905.00 (representing the $3,400.00 previously approved to be paid (as set forth above), an additional $500.00 that was approved

as part of the Amended Chapter 13 Plan dated July 19, 2019, (at Doc. 56) which was confirmed on September 17, 2019, (at Doc. 61), and an amount up to $1,005.00 to be paid from the funds that the Chapter 13 Trustee has "on hand" before any Debtor Refund is issued,

4. The fees requested will not decrease the amount to be paid to other creditors being paid through the Chapter 13 Plan;

5. The clerk shall record the total compensation as $1,505.00

6. The balance is waived.

FURTHER ORDERED:

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

**ENTERED BY DEFAULT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Paul A. Hennon  
Jeanette L. Hennon  
    Debtors

Case No. 18-23908-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: auto        Page 1 of 2  
Date Rcvd: Feb 01, 2023        Form ID: pdf900        Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Paul A. Hennon, Jeanette L. Hennon, 191 Cooper Road, Charleroi, PA 15022-3632 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2023        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2023 at the address(es) listed below:

**Name**        **Email Address**

Brian Nicholas  
     on behalf of Creditor Ditech Financial LLC. bnicholas@kmllawgroup.com

Christopher M. Frye  
     on behalf of Joint Debtor Jeanette L. Hennon chris.frye@steidl-steinberg.com  
     julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com

Christopher M. Frye  
     on behalf of Debtor Paul A. Hennon chris.frye@steidl-steinberg.com  
     julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com

Mario J. Hanyon  
     on behalf of Creditor Ditech Financial LLC. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Feb 01, 2023 | Form ID: pdf900 | Total Noticed: 1 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Thomas Song
    on behalf of Creditor Ditech Financial LLC. pawb@fedphe.com

TOTAL: 8