| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Paul A. Hennon<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6956<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | Jeanette L. Hennon<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8294<br>EIN   __–_____ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:   18-23908-GLT | | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Paul A. Hennon                          Jeanette L. Hennon

<u>5/15/23</u>                          **By the court:** <u>Gregory L Taddonio</u>
                                        United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                   Case No. 18-23908-GLT

Paul A. Hennon                                                                               Chapter 13

Jeanette L. Hennon

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                                       User: auto                                              Page 1 of 3

Date Rcvd: May 15, 2023                          Form ID: 3180W                              Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Paul A. Hennon, Jeanette L. Hennon, 191 Cooper Road, Charleroi, PA 15022-3632 |
| cr | + | Federal Home Loan Mortgage Corporation, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 14925835 | | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709 |
| 14925836 | + | Ditech Financial LLC, 332 Minnesota St Ste 610, Saint Paul, MN 55101-1314 |
| 14964578 | | Ditech Financial LLC, P.O. Box 6154, Rapid City, SD 57709-6154 |
| 14925837 | + | MONEY FOR MINERALS, 378 W Chestnut St #104, Washington, PA 15301-4661 |
| 14925839 | | Monongahela Valley Hospital, 1163 Countryclub Road, Monongahela, PA 15063-1095 |
| 14925838 | | Monongahela Valley Hospital, P.O. Box 643216, Pittsburgh, PA 15264-3216 |
| 14925840 | | Phelan Hallinan Diamond & Jones LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Attn: Jennie Tsai, Esquire, Philadelphia, PA 19103 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | May 16 2023 03:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 16 2023 00:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | May 16 2023 03:51:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 16 2023 00:01:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | May 16 2023 00:01:00 | Federal Home Loan Mortgage Corporation, Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | May 16 2023 00:01:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | May 16 2023 00:01:00 | Specialized Loan Servicing LLC, ., 8742 Lucent Blvd, Suite 300, Highlands Rnach, CO 80129-2386 |
| cr | + | Email/Text: SLSBKNotices@nationalbankruptcy.com | May 16 2023 00:01:00 | Specialized Loan Servicing LLC, 14841 Dallas Parkway Suite 425, Dallas, TX 75254-8067 |
| 14925829 | + | EDI: CCUSA.COM | | |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 15, 2023 | Form ID: 3180W | Total Noticed: 21 |

|  |  |  | May 16 2023 03:51:00 | Credit Collections USA, LLC, 16 Distributor Dr Ste 1, Morgantown, WV 26501-7209 |
|---|---|---|---|---|
| 14925833 | + | Email/Text: electronicbkydocs@nelnet.net | May 16 2023 00:01:00 | Dept of Ed / 582 / Nelnet, 3015 Parker Rd, Aurora, CO 80014-2904 |
| 14925834 | + | Email/Text: electronicbkydocs@nelnet.net | May 16 2023 00:01:00 | Dept of Ed / 582 / Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 15162662 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | May 16 2023 00:01:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 15386703 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | May 16 2023 00:01:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 14935819 | + | Email/Text: electronicbkydocs@nelnet.net | May 16 2023 00:01:00 | U.S. Department of Education c/o Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |

TOTAL: 14

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | Ditech Financial, LLC. |
| 14925830 | *+ | Credit Collections USA, LLC, 16 Distributor Dr Ste 1, Morgantown, WV 26501-7209 |
| 14925831 | *+ | Credit Collections USA, LLC, 16 Distributor Drive, Suite 1, Morgantown, WV 26501-7209 |
| 14925832 | *+ | Credit Collections USA, LLC, 16 Distributor Drive, Suite 1, Morgantown, WV 26501-7209 |
| 15123871 | ## | Ditech Financial LLC, P.O. Box 12740, Tempe, AZ, 85284-0046 |

TOTAL: 1 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2023              Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Ditech Financial  LLC. bnicholas@kmllawgroup.com |
| Christopher M. Frye | on behalf of Joint Debtor Jeanette L. Hennon chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com |
| Christopher M. Frye | on behalf of Debtor Paul A. Hennon chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com |
| Mario J. Hanyon | on behalf of Creditor Ditech Financial  LLC. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee |  |

District/off: 0315-2     User: auto     Page 3 of 3

Date Rcvd: May 15, 2023     Form ID: 3180W     Total Noticed: 21

| | |
|---|---|
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | |
| | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Thomas Song | |
| | on behalf of Creditor Ditech Financial LLC. pawb@fedphe.com |

TOTAL: 8