IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
5/15/23 11:22 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
PAUL A. HENNON
JEANETTE L. HENNON
    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:18-23908

Chapter 13

Related to Docket No. 90

ORDER OF COURT

AND NOW, this ___ 15th Day of May, 2023 ___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
Gregory J. Taddonio, Chief Judge
Untied States Bankruptcy Court

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-23908-GLT |
| Paul A. Hennon | Chapter 13 |
| Jeanette L. Hennon | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: May 15, 2023 | Form ID: pdf900 | Total Noticed: 19 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Paul A. Hennon, Jeanette L. Hennon, 191 Cooper Road, Charleroi, PA 15022-3632 |
| cr | + | Federal Home Loan Mortgage Corporation, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 14925835 | | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709 |
| 14925836 | + | Ditech Financial LLC, 332 Minnesota St Ste 610, Saint Paul, MN 55101-1314 |
| 14964578 | | Ditech Financial LLC, P.O. Box 6154, Rapid City, SD 57709-6154 |
| 14925837 | + | MONEY FOR MINERALS, 378 W Chestnut St #104, Washington, PA 15301-4661 |
| 14925839 | | Monongahela Valley Hospital, 1163 Countryclub Road, Monongahela, PA 15063-1095 |
| 14925838 | | Monongahela Valley Hospital, P.O. Box 643216, Pittsburgh, PA 15264-3216 |
| 14925840 | | Phelan Hallinan Diamond & Jones LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Attn: Jennie Tsai, Esquire, Philadelphia, PA 19103 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | May 16 2023 00:01:00 | Federal Home Loan Mortgage Corporation, Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | May 16 2023 00:01:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | May 16 2023 00:01:00 | Specialized Loan Servicing LLC, ., 8742 Lucent Blvd, Suite 300, Highlands Rnach, CO 80129-2386 |
| cr | + | Email/Text: SLSBKNotices@nationalbankruptcy.com | May 16 2023 00:01:00 | Specialized Loan Servicing LLC, 14841 Dallas Parkway Suite 425, Dallas, TX 75254-8067 |
| 14925829 | + | Email/Text: ccusa@ccuhome.com | May 16 2023 00:00:00 | Credit Collections USA, LLC, 16 Distributor Dr Ste 1, Morgantown, WV 26501-7209 |
| 14925833 | + | Email/Text: electronicbkydocs@nelnet.net | May 16 2023 00:01:00 | Dept of Ed / 582 / Nelnet, 3015 Parker Rd, Aurora, CO 80014-2904 |
| 14925834 | + | Email/Text: electronicbkydocs@nelnet.net | May 16 2023 00:01:00 | Dept of Ed / 582 / Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 15162662 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | May 16 2023 00:01:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 15386703 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | May 16 2023 00:01:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 14935819 | + | Email/Text: electronicbkydocs@nelnet.net | May 16 2023 00:01:00 | U.S. Department of Education c/o Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 15, 2023 | Form ID: pdf900 | Total Noticed: 19 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ditech Financial, LLC. |
| 14925830 | *+ | Credit Collections USA, LLC, 16 Distributor Dr Ste 1, Morgantown, WV 26501-7209 |
| 14925831 | *+ | Credit Collections USA, LLC, 16 Distributor Drive, Suite 1, Morgantown, WV 26501-7209 |
| 14925832 | *+ | Credit Collections USA, LLC, 16 Distributor Drive, Suite 1, Morgantown, WV 26501-7209 |
| 15123871 | ## | Ditech Financial LLC, P.O. Box 12740, Tempe, AZ, 85284-0046 |

TOTAL: 1 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2023                             Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Ditech Financial LLC. bnicholas@kmllawgroup.com |
| Christopher M. Frye | on behalf of Joint Debtor Jeanette L. Hennon chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com |
| Christopher M. Frye | on behalf of Debtor Paul A. Hennon chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com |
| Mario J. Hanyon | on behalf of Creditor Ditech Financial LLC. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Thomas Song | on behalf of Creditor Ditech Financial LLC. pawb@fedphe.com |

TOTAL: 8